DAMPSKIBS AKTIESELSKABET ELDRID, a Corporation, Respondent, v. GUISIP-PINA PARASCANDOLA, Individually and as Administratrix, etc., of JOSEPH AUDI-TORE, Deceased, and as Guardian of PAULINE AUDITORE and Others, Infants, Appellant.— Order and judgment reversed on the law and the facts, with ten dollars costs and disbursements, and motion for summary judgment denied, with ten dollars costs. Though it was not necessary in the admiralty action that the administratrix of Joseph Auditore be made a party, she should be given an opportunity to defend this action. The defense interposed by the Susquehanna Steamship Company in the admiralty action raised the issue as to whether or not the running of the lay days was suspended by reason of the alleged strike, but the issues in that action were not tried, and judgment was entered by default, without knowledge on her part that Joseph Auditore, her deceased husband, had executed the bond. She had no knowledge of the judgment in the Admiralty Court until the time to open the default had expired. The pleadings present an issue which, in justice to the administratrix, should be tried. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Kapper, J., dissents and votes to affirm.

FEDERAL SURETY COMPANY OF DAVENPORT, IOWA, by E. W. CLARK, Receiver, Respondent, v. DANIEL FRAAD, Individually, and Doing Business as ALLIED CLEANING CONTRACTORS and/or ALLIED WINDOW AND HOUSE CLEANING CON-TRACTORS, and Others, Appellants.— Order denying defendants' motion to dismiss the amended complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

LENA FRIEDLANDER, Respondent, v. LOUIS FRIEDLANDER, Appellant.— Order modified so as to provide that the counsel fee be reduced to $1,000, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

ROBERT GREGORY & COMPANY, INCORPORATED, Respondent, v. LARCHMONT SPORTS CLUB, INC., and Others, Defendants, Impleaded with EDWARD TRENK-MANN and Others, Appellants.— Order, in so far as appealed from, denying motion to strike out the second cause of action affirmed, with ten dollars costs and disbursements. We are of opinion that there is a single cause of action presented by this complaint despite its subdivision into two causes of action, the entire transaction, including the alleged compromise, being based upon fraud, so that, giving to the complaint this liberal view, it is incumbent upon plaintiff to establish the fraud inducing the contract originally as well as the compromise, the latter, of course, being no compromise at all if brought about by means of fraud and deceit. Appellants are given twenty days after notice of entry of order to answer. Young, Kapper, Hagarty and Tompkins, JJ., concur; Lazansky, P. J., concurs in result.